DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**HARTFORD UNDERWRITERS INSURANCE COMPANY,**
Appellant,

v.

**MARRIOTT INTERNATIONAL, INC., ET AL.,**
Appellee.

No. 4D16-4018

[February 22, 2018]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Meenu Sasser, Judge; L.T. Case No. 2011CA002861XXXMB.

Bretton C. Albrecht and Caryn L. Bellus of Kubicki Draper, Miami, for appellant.

Justus W. Reid and Bernard A. Lebedeker of Reid Burman Lebedeker, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

TAYLOR, MAY and DAMOORGIAN, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***